UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 MAY 10 PM 3:30

ROBERT R. DI TROLIO
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 05-20016-M1 |
| vs. | ) | |
| | ) | |
| KENNETH DRAFFIN | ) | |
| | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **KENNETH DRAFFIN, DOB:03/20/72, R&I: 154112, BOOKING #: 04132591**, now being detained in the Shelby County Jail, Memphis, TN, appear before the Honorable Jon P. McCalla on May 20, 2005 @ at 10:30 a.m. for Change of Plea and for such other appearances as this Court may direct.

Respectfully submitted this 10th day of May, 2004.

_____
DAVID N. PRITCHARD
Special Assistant U. S. Attorney

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

Upon consideration of the foregoing Application, DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARREN, SHELBY COUNTY JAIL.

YOUR ARE HEREBY COMMANDED to have **KENNETH DRAFFIN, DOB:03/20/72, R&I: 154112, BOOKING #: 04132591**, appear before the Honorable Jon P. McCalla at the date and time aforementioned.

ENTERED this 10th day of May, 2005

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-11-05

(25)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20016 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT